# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 E. 42nd Street, Suite 4510
New York, New York 10165

Telephone: (212) 317-1200
Facsimile: (212) 317-1620


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 8/3/26

July 31, 2026

**VIA ECF**
Magistrate Judge Barbara C. Moses
United States District Court
Southern District of New York

MEMO ENDORSED

**Re:** **Pinedo Romero et al v. Lagada Corp. et al**
**Case No.: 1:25-cv-10559-BCM**

Your Honor:

This office represents the Plaintiffs in the above-referenced matter. We write jointly with Defendants to inform the Court that the parties, in consultation with the mediator, have rescheduled the mediation that was scheduled for August 6, 2026 to September 17, 2026. The reason for this is that, with the consent of Defendants' counsel, we have filed a third amended complaint to include Plaintiff Juan Juarez in this matter. As a result, Defendants' counsel has stated the need for additional time to file its Answer and gather records for the new plaintiff.

The parties have met and conferred regarding Defendants' outstanding discovery responses, and the parties have agreed that Defendants would provide discovery responses for all outstanding demands already served, other than demands served by plaintiff on July 27, 2026 regarding the new opt-in plaintiff, Juan Juarez, by August 7, 2026. To that end, given that the mediation is being pushed out, defendants' Answer to our third amended complaint is outstanding, and additional time is required for discovery due to the addition of opt-in plaintiff Juan Juarez in this action, the parties jointly request that the current discovery deadline, which is August 21, 2026, be extended by 60 days to October 20, 2026. The parties further respectfully request that the status conference currently scheduled for August 20, 2026 at 11:00 a.m. be adjourned to a date on or

about the extended discovery deadline date requested herein, or to such other date as is convenient for the Court. The requested extension will provide the parties with sufficient time to complete the remaining fact discovery, including the necessary depositions, and to proceed with the rescheduled mediation. The parties believe that the requested extension will promote the orderly completion of discovery and facilitate meaningful settlement discussions.

This is the first time the parties are requesting the relief herein.

We thank the Court for its time and attention to this matter.

Respectfully Submitted,

*/s/ Robert Jun*
Robert Jun

Application GRANTED. The deadline for all remaining fact discovery and the close of discovery (Dkt. 35 ¶¶ 4, 5) is EXTENDED to **October 20, 2026**. No additional extensions of this deadline will be granted absent compelling circumstances.

The status conference currently scheduled for August 20, 2026 (Dkt. 35 ¶ 7) is ADJOURNED to **October 19, 2026 at 11:00 a.m.** The parties joint status letter is due no later than October 13, 2026.

SO ORDERED.

August 3, 2026

**Barbara Moses**
**United States Magistrate Judge**