USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 10/14/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOEL ALBERTO PINEDO ROMERO, *individually and on behalf of others similarly situated*, et al.,

Plaintiffs,

-against-

LAGADA CORP., *doing business as* RITZ DINER, et al.,

Defendants.

25-CV-10559 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

Pursuant to the Court's order on August 3, 2026, the parties' deadline to submit a joint status letter was October 13, 2026, in advance of the upcoming status conference on October 19, 2026. *See* Dkt. 44. The Court has not received the parties' letter.

The parties must submit their joint status letter no later than **October 16, 2026**. In that letter, the parties must update the Court as to the status of mediation and the progress of fact discovery, which is scheduled to close on October 20, 2026.

Dated: New York, New York
October 14, 2026

**SO ORDERED**.

**BARBARA MOSES**
**United States Magistrate Judge**