USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 11/24/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOEL ALBERTO PINEDO ROMERO, *individually and on behalf of others similarly situated*, et al.,

Plaintiffs,

-against-

LAGADA CORP., *doing business as* RITZ DINER, et al.,

Defendants.

25-CV-10559 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On October 16, 2026, this Court ordered the parties to submit (unless they resolve this action via a Rule 68 offer of judgment): (a) a joint letter demonstrating that their settlement is fair and reasonable and should be approved in light of the factors enumerated in *Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335-36 (S.D.N.Y. 2012); (b) a copy of their written settlement agreement, executed by all parties, which will be placed on the public docket, *see Wolinsky*, 900 F. Supp. 2d at 335; and (c) counsel's contingency fee agreement (if any) and time and expense records, to the extent necessary to support any award of attorneys' fees and costs. *See* Dkt. 49. The Court directed the parties to submit these materials by November 16, 2026. *Id*. That date has come and gone, but the Court has not received these materials or any further filings from the parties.

The Court *sua sponte* EXTENDS the parties' deadline to submit these settlement materials in support of their *Cheeks* motion, or a notice of their Rule 68 offer of judgment, to **December 9, 2026**. Further unexcused failures to comply with this Court's orders may result in sanctions.

Dated: New York, New York
November 24, 2026

**SO ORDERED.**

**BARBARA MOSES**
**United States Magistrate Judge**